UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHIHULY, INC., et al.,

          Plaintiffs,

   v.

DOYLE LACOUNT, et al.,

          Defendants.

CASE NO. C05-1158JLR

MINUTE ORDER

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    The court has received the parties' stipulation and order resolving their dispute over the de-installation of Plaintiffs' artwork at Defendants' art gallery. (Dkt. # 15). The court has also discussed the matter with the parties via teleconference. The court has entered the parties' stipulation and order. For that reason, the court VACATES the temporary restraining order in this matter. (Dkt. # 7).

    The court also STRIKES Plaintiffs' motion for a preliminary injunction (Dkt. # 2) and orders the clerk to take it off the motion calendar. If, after the de-installation of Plaintiffs' artwork is complete, Plaintiffs wish to seek additional injunctive relief, Plaintiffs may file an additional motion.

MINUTE ORDER – 1

Filed and entered this 8th day of July, 2005.

                        BRUCE RIFKIN, Clerk

                          s/Mary Duett

By                          Deputy Clerk

MINUTE ORDER – 2