The Honorable James L. Robart

___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

JUL - 8 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY



05-CV-01158-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHIHULY, INC., a Washington corporation, PORTLAND PRESS, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> DOYLE LACOUNT, individually on his marital community, ELIZABETH DOYLE GALLERY, INC, a Hawaii corporation, and VETRI 505, INC., a Hawaii corporation, <br><br> Defendant. | No. CV05-1158 JLR <br><br> [PROPOSED] STIPULATED ORDER RE: PLAINTIFFS' ACCESS TO DEFENDANTS' GALLERY |

## STIPULATION

Plaintiffs Chihuly, Inc. and Portland Press (hereinafter "Plaintiffs"), and Defendants Doyle LaCount, Elizabeth Doyle Gallery, Inc. and Vetri 505, Inc. (hereinafter "Defendants") agree that Defendants currently have possession and custody of certain highly unique, valuable and fragile Consigned Artwork and further agree that Plaintiffs are the legal owners of such Consigned Artwork. The parties have further agreed that Plaintiffs shall have reasonable access to Defendants' Gallery during the week of July 11, 2005 through July 15, 2005 (hereinafter, the "Term") for the purpose of de-installing and packing the Consigned Artwork. The parties

[PROPOSED] STIPULATED ORDER RE PLAINTIFFS' ACCESS TO DEFENDANTS' GALLERY (CV05-1158 JLR) - 1
{61610.DOC}

HENDRICKS & LEWIS
999 THIRD AVENUE, SUITE 2675
SEATTLE, WASHINGTON 98104
(206) 624-1933

Case 2:05-cv-01158-JLR   Document 18   Filed 07/08/05   Page 2 of 4
Jul 09 05 Case 2:05-cv-01158-JLR   Document 15   Filed 07/08/2005   Page 2 of 4   808 879 0994   p.3
07/08/2005 12:08 FAX 206 583 2716   HENDRICKS & LEWIS   @003/005

1. acknowledge that the de-installation and packing of the Consigned Artwork is a labor-intensive
2. undertaking that requires physical skill, concentration and ample space, and that Plaintiffs will
3. supply employees with the requisite skill and experience to accomplish these tasks. Therefore,
4. the respective parties enter into the following stipulation and order regarding the de-installation
5. and packing for shipment of the Consigned Artwork.
6. Dated this ____8Th____ day of July, 2005
7. SO STIPULATED AND AGREED TO BY:

HENDRICKS & LEWIS                           DOYLE LaCOUNT

By: s/ O. Yale Lewis, Jr.                    By: _____
    O. Yale Lewis, Jr., WSBA No. 01367           Doyle LaCount
    Kari L. O'Neill, WSBA No. 31869
    Attorneys for Plaintiffs
    Chihuly, Inc. and Portland Press
Hendricks & Lewis
999 Third Avenue, Suite 2675
Seattle, Washington 98104
Telephone: (206) 624-1933
Facsimile: (206) 583-2716
Email: oyl@hllaw.com
Email: klo@hllaw.com

## ORDER

Based on the Parties' stipulation, it is ORDERED AS FOLLOWS:

1. The Defendants shall:

    A. Grant unrestricted access to Defendants' gallery, located at 3750 Wailea Alanui Drive No. 22F, Wailea, Hawaii 96753 (hereinafter, "Gallery") during the Term.

    (1) Defendants' representative, Frank Jimenez, will open the Gallery at 9:00 am each morning of the Term, beginning Monday, July 11, 2005, and provide Plaintiffs' employees with unrestricted access to the Gallery for the purpose of de-installation and

[PROPOSED] STIPULATED ORDER RE PLAINTIFFS'
ACCESS TO DEFENDANTS' GALLERY (CV05-1158 JLR) - 2
[61610.DOC]

HENDRICKS & LEWIS
999 THIRD AVENUE, SUITE 1675
SEATTLE, WASHINGTON 98104
(206) 624-1933

packing of the Consigned Artwork. The Gallery shall remain open and available to Plaintiffs' employees each day of the Term until 6:00 pm each evening.

(2) Plaintiffs will perform the de-installation with all reasonable skill and due care owed to the Gallery and will endeavor to complete the de-installation and packing of the Consigned Artwork in as timely a manner as safely possible. Plaintiffs further agree to notify Mr. Jimenez when they have fully completed the de-installation and packing of the Consigned Artwork.

(3) Defendants agree to permit Plaintiffs to store packing materials in the Gallery overnight during the Term.

(4) Defendants agree not to obstruct, harass or otherwise interfere with Plaintiffs' employees during the de-installation and packing of the Consigned Artwork.

(5) Plaintiffs' employees agree to execute the document attached hereto as Exhibit A, in which they waive their claims against the Gallery and/or any of the Defendants for any injuries or damage they might sustain as a result of simple or gross negligence on the part of the Gallery and/or Defendants.

Dated this 8th day of July, 2005.

_____
The Honorable James L. Robart

[PROPOSED] STIPULATED ORDER RE PLAINTIFFS'
ACCESS TO DEFENDANTS' GALLERY (CV05-1158 JLR) - 3
{61610.DOC}

HENDRICKS & LEWIS
999 THIRD AVENUE, SUITE 2675
SEATTLE, WASHINGTON 98104
(206) 624-1933

Case 2:05-cv-01158-JLR   Document 18   Filed 07/08/05   Page 4 of 4

Jul 09 05 Case 2:05-cv-01158-JLR Document 15   Filed 07/08/2005   Page 4 of 4   808 879 0994   p.5
07/08/2005 12:10 FAX   206 583 2716   HENDRICKS & LEWIS   @005/005

1  Presented by:

2  HENDRICKS & LEWIS

3
   By:   s/ O. Yale Lewis, Jr.
4        O. Yale Lewis, Jr., WSBA No. 01367
         Kari L. O'Neill, WSBA No. 31869
5        Attorneys for Plaintiffs
          Chihuly, Inc. and Portland Press
6        Hendricks & Lewis
         999 Third Avenue, Suite 2675
7        Seattle, Washington 98104
         Telephone: (206) 624-1933
8        Facsimile: (206) 583-2716
         Email: oyl@hllaw.com
9        Email: klo@hllaw.com

10

11 DOYLE LaCOUNT

12
   By: _____
13     Doyle LaCount

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
   [PROPOSED] STIPULATED ORDER RE PLAINTIFFS'
   ACCESS TO DEFENDANTS' GALLERY (CV05-1158 JLR) - 4
   {G1610.DOC}

   HENDRICKS & LEWIS
   999 THIRD AVENUE, SUITE 2675
   SEATTLE, WASHINGTON 98104
   (206) 624-1933