UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHIHULY, INC., et al.,

        Plaintiffs,

    v.

DOYLE LACOUNT, et al.,

        Defendants.

CASE NO. C05-1158JLR

ORDER

        On April 14, 2006, the court entered an order permitting the withdrawal of counsel for all Defendants (Dkt. # 43). The court also ordered the Defendants to show cause why it should not enter a default against the corporate Defendants in this action, Elizabeth Doyle Gallery, Inc. and Vetri 505, Inc.[1] In response, Defendants stated that they have not been able to retain new counsel.

        A corporation may not appear in an action pro se. See Rowland v. California Men's Colony, 506 U.S. 194, 201-02 (1993) ("It has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel."); see also Local Rules W.D. Wash. GR2(g)(4)(B). There are no

---

[1] The order directed all Defendants to show cause why a default should not be entered against them. This was an error. The court intended the show cause order to apply solely to the corporate Defendants.

ORDER – 1

exceptions to this rule.  The court therefore directs the clerk to enter default against Defendants Elizabeth Doyle Gallery, Inc. and Vetri 505, Inc.

The individual Defendant, Doyle LaCount, may continue to pursue this action pro se.  As a pro se party, Mr. LaCount bears the responsibility to comply with rules governing the conduct of litigation in this court.  In particular, the court orders Mr. LaCount to cease submitting letters directly to the chambers of this court, as these are not proper.

The court directs the clerk to enter Mr. LaCount's address into the court's electronic filing system to ensure that he receives docketed items in this action.  According to the most recent letter he submitted (Dkt. # 44), his address is:

Doyle LaCount
P.O. Box 509
Makawao, HI  96768

Dated this 15th day of May, 2006.

JAMES L. ROBART
United States District Judge

ORDER – 2